USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

2:07cr295-WKW

In the United States District Court

2007 OCT 10 AM 11:58

for the __Northern__ DISTRICT OF __Alabama__

UNITED STATES OF AMERICA
V.

Richard Allen Evans

CRIMINAL NUMBER: 5:07-CR-00207-VEH-HGD

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, __Richard Allen Evans__, defendant, have been informed that an (*indictment*, ~~information~~, ~~complaint~~) is pending against me in the above designated cause. I wish to plead __guilty__ to the offense charged, to consent to the disposition of the case in the __Middle__ District of __Alabama__ in which I, __Richard Allen Evans__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 9-4-07 at Montgomery, AL

_____
(Defendant)

(Witness)
_____
(Counsel for Defendants)

Clark Morris
(Assistant United States Attorney)

TRUE COPY:
By: D. Cooper

Approved

AUSA for Alice H. Martin
United States Attorney for the
__Northern__ District of
__Alabama__

Clark Morris for Leura Canary
United States Attorney for the
__Middle__ District of
__Alabama__

FILED
2007 Jun-01 PM 04:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

AHM/MWW: JUNE. 2007
GJ #15

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD ALLEN EVANS | ) |

## INDICTMENT

**COUNT TWO:** [18 U.S.C. § 2113(a)]

The Grand Jury charges:

On or about the 19th day of September, 2006, in Madison County, within the Northern District of Alabama, the defendant

**RICHARD ALLEN EVANS,**

knowingly, intentionally, and unlawfully, by force, violence and intimidation did take from the person and presence of another money belonging to and in the care, custody, control, management and possession of the AmSouth Bank, the deposits of

which were then insured by the Federal Deposit Insurance Corporation (FDIC) in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

/s/

FOREMAN OF THE GRAND JURY

        ALICE H. MARTIN
        United States Attorney

        /s/

        MICHAEL W. WHISONANT
        Assistant United States Attorney

TRUE COPY:

By: /s/ R. Cooper

CLOSED

# U.S. District Court
## Northern District of Alabama (Northeastern)
### CRIMINAL DOCKET FOR CASE #: 5:07-cr-00207-VEH-HGD All Defendants
### Internal Use Only

Case title: USA v. Evans

Date Filed: 05/31/2007
Date Terminated: 11/15/2007

Assigned to: Judge Virginia Emerson Hopkins
Referred to: Magistrate-Judge Harwell G Davis, III

**Defendant**

**Richard Allen Evans** (1)
*TERMINATED: 11/15/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2113(a) BANK ROBBERY BY FORCE OR VIOLENCE (1) | Rule 20 Consent to Transfer case |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Alice H Martin, US Attorney**<br>US ATTORNEY'S OFFICE<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101 |

244-2001
Email: alice.martin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**US Marshal**
UNITED STATES MARSHAL'S OFFICE
Hugo Black Federal Courthouse, Room 240
1729 5th Avenue North
Birmingham, AL 35203
205-731-1712
Email: usms-aln-courts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**US Probation**
UNITED STATES PROBATION OFFICE
1729 5th Avenue, North
Birmingham, AL 35203
278-2100
Email: alnpdb_cmecf@alnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael W Whisonant**
US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203-2101
244-2001
Email: Mike.Whisonant@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2007 | 1 | INDICTMENT as to Richard Allen Evans (1) count(s) 1. (SDA ) Additional attachment(s) added on 6/4/2007 (SDA, ). (Entered: 06/01/2007) |
| 05/31/2007 | | (Court only) ***Location (LC) start as to Richard Allen Evans. (SDA ) (Entered: 06/01/2007) |
| 06/01/2007 | | (Court only) Arrest Warrant Issued by order of Judge John E Ott as to Richard Allen Evans. (SDA ) (Entered: 06/01/2007) |
| 06/04/2007 | | Set Hearings as to Richard Allen Evans: Arraignment set for 6/7/2007 09:30 AM before Magistrate-Judge Harwell G Davis III. (SDA ) |

| | | |
|---|---|---|
| | | (Entered: 06/04/2007) |
| 11/15/2007 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20)[deemed filed 10/10/2007] to MD/AL Counts closed as to Richard Allen Evans (1) Count 1. cm MD/AL (DWC, ) (Entered: 11/15/2007) |
| 11/15/2007 | | (Court only) ***Setc Case Closed Flags as to Richard Allen Evans (DWC, ) (Entered: 11/15/2007) |



TRUE COPY:

By: D. Cooper