IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-295-WKW |
| | ) | |
| RICHARD A. EVANS | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance as counsel for **RICHARD A. EVANS** in the above-styled matter.

Dated this 4th day of January 2008.

          Respectfully submitted,

          s/ Michael J. Petersen
          MICHAEL J. PETERSEN
          Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: michael_petersen@fd.org
          ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-295-WKW |
| | ) | |
| RICHARD A. EVANS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M