IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:06cr267-WKW |
| | ) | 2:07cr242-WKW |
| v. | ) | 2:07cr295-WKW |
| RICHARD A. EVANS, a/k/a | ) | 2:07cr305-WKW |
| RICHARD EVANS, a/k/a | ) | 2:07cr321-WKW |
| RICHARD ALLEN EVANS | ) | 2:07cr323-WKW |
| | ) | 2:07cr324-WKW |

## **ORDER**

Upon consideration of the government's motion to consolidate plea hearings filed January 9, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 9th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE